UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HIGHLAND HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KRRJ EQUIPMENT COMPANY, LLC, <br><br> Defendant. | CASE NO. 2:23-cv-01462-LK <br><br> ORDER TO FILE AMENDED CORPORATE DISCLOSURE STATEMENT |

This matter comes before the Court on the parties' deficient corporate and diversity disclosure statements. Dkt. Nos. 3, 12.

Plaintiff Highland Holdings, Inc. has alleged that the Court has diversity jurisdiction over this case. Dkt. No. 1 at 2. Thus, Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1 require the parties to file disclosure statements indicating (among other things) their citizenship(s) for purposes of 28 U.S.C. § 1332(a)(2).

Highland Holdings' disclosure statement states that "[a]ll owners of the corporation are citizens of the state of Washington." Dkt. No. 3 at 1. This is the basis of citizenship for a limited

ORDER TO FILE AMENDED CORPORATE DISCLOSURE STATEMENT - 1

liability company, not a corporation. *See Lloyd's of London Syndicate 2987 v. PCL Homes LLC*, No. 2:23-CV-01497-LK, 2023 WL 7212554, at *1 (W.D. Wash. Nov. 2, 2023).

For its part, Defendant KRRJ Equipment Company, LLC's corporate disclosure statement states that "Defendant has no parent corporation and no publicly held corporation owns 10% or more of its stock. As such, there is no parent corporation, shareholder, member or partner to identify as required by LCR 7.1(a)(1)." Dkt. No. 12 at 1. This is wrong. The rules require parties in diversity cases like this to identify *all* members of an LLC and the citizenship of those members. *See* LCR 7.1(a)(1), (b); *see also* Fed. R. Civ. P. 7.1(a)(2)(A).

The parties are accordingly ORDERED to file amended corporate and diversity disclosure statements no later than December 26, 2023, complying with Local Civil Rule 7.1 and Federal Rule of Civil Procedure 7.1. Failure to do so may result in sanctions.

Dated this 19th day of December, 2023.

Lauren King
United States District Judge